MARCH 4, 1958

**No. 61644.**—SUIT 4905.—Davies Turner & Co. *v.* United States.—

Abstract 60191 reversed December 13, 1957. C. A. D. 669.

**No. 61645.**—SUIT 4908.—Atalanta Trading Corp. *v.* United States.—

C. D. 1815 affirmed November 22, 1957. C. A. D. 665.

BEFORE THE FIRST DIVISION, MARCH 11, 1958

**No. 61646.**—Manca, Inc. *v.* United States, protest 306069–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of focusing magnifiers, valued under $25 each, and are properly classified as microscopes, the claim of the plaintiff was sustained.

**No. 61647.**—E. Leitz, Inc. *v.* United States, protest 276224–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of cameras, the claim of the plaintiff was sustained.

**No. 61648.**—William Shaland *v.* United States, protest 310161–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of metal dime savings banks the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C. D. 1784), the claim of the plaintiff was sustained.